# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KIZZIE SIMMS, individually and as Special Administrator of the Estate of Gregory Neil Davis,<br><br>       Plaintiff,<br><br>v.<br><br>(1) BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY;<br>(2) BOARD OF TRUSTESS FOR THE OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY;<br>(3) GREG WILLIAMS, individually,<br>(4) RONALD ANDERSON,<br>(5) LT. FNU MORRIS,<br>(6) CPL. FNU KALLOS,<br>(7) MARY MULANAX,<br>(8) HANK HARVEY,<br>(9) THEARTRY DEAN,<br>(10) TIFFANY CARTER,<br>(11) CHELSIE ANDERSON-DEPEE,<br>(12) JOHN/JANE DOES 1-5,<br>(13) TURN KEY HEALTH CLINICS, LLC,<br>(14) WILLIAM COOPER, D.O.<br>(15) SANARIA OKONGOR, LPC,<br>(16) MISTY WILLIAMS, LPN,<br>(17) ALICIA IRVIN, Ph.D.<br>(18) GINGER SAGE, RN,<br>(19) SINEAD EASTMAN, RN,<br>(20) BETTY HORN, RN,<br>(21) JESSICA HALLOCK, LPN,<br>(22) AMANDA MERRIOTT, RN<br>(23) JOHN/JANE DOES 6-10,<br><br>       Defendants. | Case No. CIV-23-780-J |

## NOTICE OF REMOVAL

1. Turn Key Health Clinics, LLC; Michael Cooper, DO; Alicia Irvin, PhD; Sinead Eastman, RN; Betty Horn, RN; Jessica Hallock, LPN; Amanda Merriott, RN; Sanaria Okongor, LPC; and Misty Williams, LPN (the "Removing Defendants") submit this Notice of Removal. These parties are named as Defendants in a civil suit brought against them in the District Court of Oklahoma County, State of Oklahoma, titled *Kizzie Simms, individually and as Special Administrator of the Estate of Gregory Neil Davis, Plaintiff v. Board of County Commissioners for Oklahoma County, Board of Trustees for the Oklahoma Criminal Justice Authority; Greg Williams, individually; Ronald Anderson, Lt. FNU Morris, Cpl FNU Kallos, Mary Mulanax, Hank Harvey, Theartry Dean, Tiffany Carter, Chelsie Anderson-Depee, John/Jane Does 1-5, Turn Key Health Clinics, LLC; William Cooper, D.O.; Sanaria Okongor, LPC; Misty Williams, LPN; Alicia Irvin, Ph.D.; Ginger Sage, RN; Sinead Eastman, RN; Betty Horn, RN; Jessica Hallock, LPN; Amanda Merriott, RN; and John/Jane Does 6-10, Defendants,* Case No. CJ-2023-1421.

2. Defendant Turn Key Health Services, LLC was served on August 16, 2023. Defendants Sinead Eastman, RN and Jessica Hallock, LPN were served on August 18, 2023. Defendant Betty Horn, RN was served on August 24, 2023. Defendant Alicia Irvin, PhD was served on August 25, 2023. Defendants Michael Cooper, DO and Amanda Merriott, RN were served on August 28, 2023. Therefore, this Notice of Removal is

timely filed pursuant to 28 U.S.C. § 1446(b) as it is filed within 30 days of service of process upon the Defendants.

3. To date, Defendants Sanaria Okongor, LPC and Misty Williams, LPN have not been properly served as defendants to this lawsuit.

4. Pursuant to 28 U.S.C §§ 1331 and 1446, Removing Defendants remove this action to the United States District Court for the Western District of Oklahoma as Plaintiff has alleged claims arising under the laws of the United States.

5. Plaintiff alleges that she is entitled to damages in excess of $75,000 for the claims set forth in the Petition.

6. Pursuant to 28 U.S.C. §§ 1441, 1446, and Local Civil Rule 81.2, copies of all process, pleadings, and orders filed or served upon Defendants in the aforementioned state court action are attached hereto as follows, and made a part hereof:

(a) Exhibit 1 – State Court Docket Sheet;

(b) Exhibit 2 – Entry of Appearance of Jonathan Ortwein filed on March 15, 2023.

(c) Exhibit 3 – Complaint filed on March 15, 2023.

(d) Exhibit 4 – Entry of Appearance of Jason Hicks filed on March 23, 2023.

(e) Exhibit 5 – Entry of Appearance of Chris Hammons filed on March 23, 2023.

(f) Exhibit 6 – Plaintiff's Unopposed Motion for Leave to Amend Petition filed on August 15, 2023.

(g)     Exhibit 7 – Amended Petition filed on August 15, 2023.

(h)     Exhibit 8 – Order Granting Leave to Amend Petition filed on August 15, 2023.

(i)     Exhibit 9 – Summons Return for Board of County Commissioners filed on August 17, 2023.

(j)     Exhibit 10 – Summons Return for Oklahoma County Criminal Justice Authority filed on August 17, 2023.

(k)     Exhibit 11 – Summons Return for Turn Key Health Services, LLC filed on August 17, 2023.

(l)     Exhibit 12 – Summons Return for Tiffany Carter filed on August 17, 2023.

(m)     Exhibit 13 – Summons Return for Greg Williams filed on August 17, 2023.

(n)     Exhibit 14 – Summons Return for Ginger Sage, RN filed on August 18, 2023.

(o)     Exhibit 15 – Summons Return for Chelsie Depee filed on August 18, 2023.

(p)     Exhibit 16 – Summons Return for Ronald Anderson filed on August 18, 2023.

(r)     Exhibit 17 – Summons Return for Theatry Dean filed on August 18, 2023.

(s)     Exhibit 18 – Summons Return for Cpl Kallos filed on August 18, 2023.

(t)     Exhibit 19 – Summons Return for Hank Harvey filed on August 18, 2023.

(u)     Exhibit 20 – Summons Return for Jessica Hallock, RN filed on August 21, 2023.

(v)     Exhibit 21 – Summons Return for William Cooper filed on August 21, 2023.

(w)     Exhibit 22 - Summons Return for Sinead Eastman, RN filed on August 21, 2023.

(x)     Exhibit 23 – Summons Return for Betty Horn filed on August 25, 2023.

(y)     Exhibit 24 – Summons Return for Alicia Irvin filed on August 28, 2023.

(z)     Exhibit 25 – Summons Return for Lt. FNU Morris filed on August 28, 2023.

(aa)    Exhibit 26 – Summons Return for Amanda Merriott filed on August 28, 2023.

(bb)    Exhibit 27 – Summons Return Mary Mulanax filed on August 28, 2023.

(cc)    Exhibit 28 – Entry of Appearance of Alexandra G. Ah Loy filed on August 29, 2023

(dd)   Exhibit 29 – Answer to Amended Complaint of Defendant Ginger Sage, RN filed on September 1, 2023.

(ee)   Exhibit 30 – Entry of Appearance of Rodney Heggy filed on September 1, 2023.

7.   Written notice of the filing of this Notice of Removal will be promptly provided to all parties via regular mail.  Also, a copy of this Notice of Removal will be filed with the clerk of the District Court of Oklahoma County, State of Oklahoma, as provided by 28 U.S.C. § 1446(d).

7.   Defendants respectfully reserve the right to file all appropriate motions and raise all defenses and objections in this action after it has been properly removed to the United States District Court for the Western District of Oklahoma.

WHEREFORE, Removing Defendants respectfully request that this action be removed from the District Court of Oklahoma County, State of Oklahoma to the United States District Court for the Western District of Oklahoma, and for such other and further relief as this Court deems proper under the circumstances.

**JURY TRIAL DEMANDED.**

Respectfully submitted,

 s/ Alexandra G. Ah Loy
Alexandra G. Ah Loy, OBA #31210
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd, Ste 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
allieahloy@hallboothsmith.com

*Attorneys for Defendants Turn Key Health Care, LLC; Michael Cooper, DO; Alicia Irvin, PhD; Sinead Eastman, RN; Betty Horn, RN; Jessica Hallock, LPN; Amanda Merriott, RN; Sanaria Okongor, LPC; and Misty Williams, LPN*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2023, I caused to be served a true and correct copy of the foregoing document, by mailing such document to the following attorneys of record, with proper postage paid thereon:

| | |
|---|---|
| Jonathan Ortwein<br>Jason Hicks<br>Chris Hammons<br>LAIRD HAMMONS LAIRD, PLLC<br>1332 SW 89th Street<br>Oklahoma City, OK 73159<br>jonathan@lhllaw.com<br>jason@lhllaw.com<br>chris@lhllaw.com<br>*Attorneys for Plaintiff* | Rodney J Heggy<br>Aaron Etherington<br>Carri A. Remillard<br>Assistant District Attorney<br>320 Robert S. Kerr, Ste 505<br>Oklahoma City, OK 73102<br>Rod.heggy@oklahomacounty.org<br>Aaron.etherington@oklahomacounty.org<br>Carri.remillard@oklahomacounty.org<br><br>*Attorneys for Defendants Board of County Commissioners of Oklahoma County, Oklahoma County Criminal Justice Authority, Greg Williams, Richard Anderson, Theartry Dean, Chelsie Anderson-Depee, Hery "Hank" Harvey, and FNU Kallos* |

and further that a copy of said Notice of Removal was mailed to the **District Court of Oklahoma County.**

                                                    *s/ Alexandra G. Ah Loy*
                                                    Alexandra G. Ah Loy