UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Kizzie Simms, individually and as<br>Special Administrator of the<br>Estate of Gregory Neil Davis,<br><br>        Plaintiff,<br><br>v<br><br>Board of County Commissioners<br>of Oklahoma County,<br>Oklahoma County Criminal Justice Authority,<br>Greg Williams, Ronald Anderson,<br>Lt. FNU Morris, Cpl. FNU Kallos,<br>Mary Mulanax, Hank Harvey,<br>Theartry Dean, Tiffany Carter,<br>Chelsie Anderson-Depee,<br>Turn Key Health Clinics, LLC,<br>William Cooper, DO,<br>Sanaria Okongor, LPC, Misty Williams, LPC<br>Alicia Irvin, PhD, Ginger Sage, RN<br>Sinead Eastman, RN, Betty Horn, RN,<br>Jessica Hallock, LPN, Amanda Merriott, RN,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CIV-2023-780-J |

## ANSWER OF DEFENDANTS, TIFFANY CARTER AND MARY MULANAX

   The Defendants, Tiffany Carter and Mary Mulanax, join and incorporate by reference as if set forth fully and verbatim the Answer of Defendants, Board of County Commissioners of Oklahoma County, Oklahoma County Criminal Justice Authority, Greg Williams, Ronald Anderson, Theartry Dean, Chelsie Anderson-Depee, Henry "Hank" Harvey, And Fnu Kallos [ECF 2].  FRCP 10(c).

1

       Respectfully Submitted,

       VICKI ZEMP BEHENNA
       DISTRICT ATTORNEY

       /s/ *Rodney J. Heggy*
       Aaron Etherington (OBA 18,259)
       Rodney J. Heggy (OBA 4049)
       Carri A. Remillard (OBA 21,539)
       Assistant District Attorneys
       320 Robert S. Kerr, Suite 505
       Oklahoma City, OK  73102
       Telephone: (405) 713-1600
       Facsimile: (405) 235-1567
       aaron.etherington@oklahomacounty.org
       rod.heggy@oklahomacounty.org
       carri.remillard@oklahomacounty.org
       ATTORNEYS FOR THE BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, GREG WILLIAMS, RICHARD ANDERSON, THEARTRY DEAN, CHELSIE ANDERSON-DEPEE, HENRY "HANK" HARVEY, FNU KALLOS, TIFFANY CARTER and MARY MULANAX

## CERTIFICATE OF MAILING

   On the date filed the foregoing was mailed postage prepaid to the undersigned counsel or record:

Chris Hammons
Jason M. Hicks,
Jonathan R. Ortwein
1332 SW 89th Street
Oklahoma City, OK  73159
405-703-4567
405-703-4061 (Fax)
chris@lhllaw.com
jason@lhllaw.com
jonathan@lhllaw.com
ATTORNEYS FOR PLAINTIFFS

Alexandra G. Ah Loy
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd, Ste 200
Oklahoma City, OK 73118
(405) 513-7111
(405) 768-1414 (Fax)
allieahloy@hallboothsmith.com
ATTORNEYS FOR DEFENDANTS TURN KEY HEALTH CARE, LLC; MICHAEL COOPER, DO; ALICIA IRVIN, PHD; SINEAD EASTMAN, RN; BETTY HORN, RN; JESSICA HALLOCK, LPN; AMANDA MERRIOTT, RN; SANARIA OKONGOR, LPC; AND MISTY WILLIAMS, LPN

James K. Secrest, II
SECREST, HILL, BUTLER & SECREST
7134 S. Yale, Ste. 900
Tulsa, OK 74136
(918) 494-5905
(918) 494-2847 fax
jsecrest@secresthill.com
ATTORNEYS FOR DEFENDANT, GINGER SAGE, RN

/s/ *Rodney J. Heggy*