# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIZZIE SIMMS, individually and as Special Administrator of the Estate of GREGORY NEIL DAVIS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-2023-780-J |
| BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, *et al.* | ) ) ) ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT BY
## DEFENDANT TURN KEY HEALTH CLINICS, LLC

Pursuant to the requirements of Fed. R. Civ. P. 7.1(b)(2) and LCvR7.1.1, Turn Key Health Clinics, LLC, a named Defendant in the above-styled cause, makes the following disclosure statement reflecting changes in previously disclosed information:

1. Turn Key Health Clinics, LLC is not a publicly held corporation or other publicly held entity.

2. TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of Turn Key Health Clinics, LLC.

3. TK Health Holdings, LLC and TCSCFI TK, LLC are not publicly held corporations.

4. No publicly held corporation or other publicly held entity owns 10% or more

of Turn Key Health Clinics, LLC.

5. No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

6. Turn Key Health Clinics, LLC has no subsidiaries.

7. Turn Key Health Clinics, LLC is not a trade association.

Furthermore, pursuant to the requirements of LCvR 7.1.1, Defendant Turn Key Health Clinics, LLC hereby discloses that TK Health Holdings, LLC is currently the only member of Turn Key Health Clinics, LLC.

Dated this 13th day of September, 2023.

Respectfully submitted,

s/ Alexandra G. Ah Loy
Alexandra G. Ah Loy, OBA #31210
Zachary E. Williams, OBA #34050
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd, Suite 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
allieahloy@hallboothsmith.com
zwilliams@hallboothsmith.com
*Attorneys for Defendants Turn Key Health Clinics, LLC; William Cooper, DO; Sinead Eastman, RN; Jessica Hallock, LPN; Betty Horn, RN; Alicia Irvin, PhD; Amanda Merriott, RN; Sanaria Okongor, LPC and Misty Williams, LPN*

## CERTIFICATE OF SERVICE

      This is to certify that on the 13th day of September, 2023, I electronically transmitted the above document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Jonathan Ortwein | jonathan@lhllaw.com |
| Jason Hicks | jason@lhllaw.com |
| Chris Hammons | chris@lhllaw.com |
| Rodney J Heggy | rod.heggy@oklahomacounty.org |
| Aaron C. Etherington | daareth@oklahomacounty.org |
| Carri A. Remillard | carri.remillard@oklahomacounty.org |

                                            *s/ Alexandra G. Ah Loy*
                                            Alexandra G. Ah Loy